**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DARNELL WILLIAMS, on behalf of
himself and all others similarly situated,          :          Case no. 1:25-cv-5639

                                                    :

Plaintiffs,          :

                                                    :          **NOTICE OF VOLUNTARY**
v.          **DISMISSAL WITH**
                                                    **PREJUDICE**

Alphalete Athletics, LLC,          :

Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: November 24, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*
**/s/ David B. Reyes**
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: Dreyes@ealg.law